**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
MARLENE LEON                            :
8454 TOLLHOUSE ROAD                     :
ANNANDALE, VA 22003                     :
                                        :
        Plaintiff                       :
                                        :
vs.                                     :  Case Number _____
                                        :
THE UNITED STATES OF AMERICA            :
Serve:                                  :
    Alberto R. Gonzales                 :
    Attorney General of the             :
    United States of America            :
    950 Pennsylvania Avenue N.W.        :
    Washington, D.C. 20530-0001         :
                                        :
    and                                 :
                                        :
    Kenneth L. Wainstein                :
    United States Attorney              :
    for the District of Columbia        :
    Judiciary Center Building           :
    555 Fourth Street N.W.              :
    Washington, D.C. 20530              :
                                        :
        Defendant                       :
```

COMPLAINT FOR NEGLIGENCE

Comes Now the Plaintiff, MARLENE LEON (hereinafter referred to as the Plaintiff), by and through counsel Waldman & Diamond, Chartered, and files suit against the Defendant, THE UNITED STATES OF AMERICA (hereinafter referred to as the Defendant), and for grounds states as follows:

1. The Plaintiff is a natural person who at all times relevant to these proceedings resided in the Commonwealth of Virginia.

2. The Defendant is the UNITED STATES OF AMERICA, a sovereign entity.

3. Jurisdiction is based upon 28 U.S.C. Sections 2671, et seq. (The Federal Tort Claims Act) and 28 U.S.C. Section 1346(b).

4. At all times mentioned herein, The Ronald Reagan Building and International Trade Center is owned and managed by the U.S. General Services Administration, an agency of the United States of America and is open to the public.

5. On or about April 12, 2003, at approximately 9:00 p.m., Plaintiff was walking on the plaza of The Ronald Reagan Building and International Trade Center located at 1300 Pennsylvania Avenue, N.W. in Washington, D.C. when she fell on the steps outside the western exit to the building.

6. At the date and time of Plaintiff's fall, there were no signs posted to warn invitees of the steps or any hazardous condition.

7. That based upon information and belief, at the time of Plaintiff's fall, Defendant had one or more signs for the building that read "CAUTION WATCH YOUR STEP", however, the signs were not posted on the date and time of Plaintiff's fall.

8. At all times mentioned herein, Defendant, and its employees, acting within the scope of their employment, had a duty to exercise reasonable and ordinary care under the

circumstances to keep the premises reasonably safe and to avoid injury to invitees.  Defendant also had a duty to warn invitees of the dangerous condition which existed on the plaza to avoid injury to its visitors.

9.   Defendant knew or should have known of the danger posed by the steps and should have posted the signs at all times.

10.   Defendant was negligent and careless by failing to provide and maintain safe passageways for its visitors, failing to take due care to warn visitors of any hazardous conditions, failing to foresee the physical harm that could result from not maintaining safe passageways or warning of known hazardous conditions and was otherwise negligent.

11.   As a result of Defendant's negligence, Plaintiff sustained serious, painful and possibly permanent injuries in and about the head, body and limbs; incurred and in the future will incur substantial medical expenses and expenses for related item; was prevented and in the future will be prevented from pursuing gainful employment and usual pursuits; may suffer permanent impairment; suffered and in the future may suffer great pain; continues to suffer disturbing consequences; and was otherwise injured and damaged.

12.   On or about March 25, 2005, statutory notice as required by 28 U.S.C. Section 2401(b) was presented to the U.S. General Services Administration, the appropriate Federal agency

to receive notice of this claim.

13. More than six months have lapsed since presentation of the claim. Pursuant to U.S.C. Section 2675(a), failure of the Federal agency to make a final disposition of the claim within six months after the claim is filed, is deemed, at the option of the claimant, a final denial.

WHEREFORE, Plaintiff, MARLENE LEON, demands judgment against Defendant, THE UNITED STATES OF AMERICA, in the sum of Three Hundred Thousand Dollars 00/100 ($300,000.00) plus interest and costs.

WALDMAN & DIAMOND, CHARTERED

By: _____
Marvin Waldman
Bar Number: A29397
2815 University Blvd West
Kensington, MD 20895
301-933-4500
Attorney for Plaintiff