IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARLENE LEON               :
                           :
        Plaintiff          :
                           :
vs.                        :Civil Action No. 06-0530 PLF
                           :
THE UNITED STATES OF AMERICA :
                           :
        Defendant          :

## AFFIDAVIT OF SERVICE ON DEFENDANT
## THE UNITED STATES OF AMERICA

Marvin Waldman, deposes and says as follows:

1. That he is the attorney for the plaintiff herein.

2. That on March 24, 2006, a Summons together with a copy of the Complaint, Initial Electronic Case Filing Order, Electronic Case Files Attorney/Participant Registration Form and Notice of Right to Consent to Trial before a United States Magistrate Judge were mailed at his direction by certified mail, return receipt requested, by his secretary to Kenneth L. Wainstein, Esquire, United States Attorney for the District of Columbia, Judiciary Center Building, 555 Fourth Street, N.W., Washington, D.C. 20530, Attention: Civil Process Clerk, pursuant to F.R.C.P 4(i).

3. That a return receipt was delivered by the postal service indicating service on March 27, 2006. (The return receipt is attached and incorporated herein.)

WALDMAN & DIAMOND, CHARTERED

By: /s/ Marvin Waldman
Marvin Waldman
Bar Number: A29397
Attorney for Plaintiff
2815 University Blvd. West
Kensington, MD 20895
301-933-4500

SUBSCRIBED AND SWORN TO before me this 5th day of April, 2006.

/s/ Anita Vogt
Notary Public

My Commission Expires: 3/1/2010



