IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARLENE LEON                          :
                                      :
        Plaintiff                     :
                                      :
vs.                                   :Civil Action No. 06-0530 PLF
                                      :
THE UNITED STATES OF AMERICA          :
                                      :
        Defendant                     :

### AFFIDAVIT OF SERVICE ON DEFENDANT
### THE UNITED STATES OF AMERICA

Marvin Waldman, deposes and says as follows:

1. That he is the attorney for the plaintiff herein.

2. That on March 24, 2006, a Summons together with a copy of the Complaint, Initial Electronic Case Filing Order, Electronic Case Files Attorney/Participant Registration Form and Notice of Right to Consent to Trial before a United States Magistrate Judge were mailed at his direction by certified mail, return receipt requested, by his secretary to The Honorable Alberto R. Gonzales, Attorney General of the United States of America, 950 Pennsylvania Avenue, N.W., Washington, D.C., pursuant to F.R.C.P 4(i).

3. That a return receipt was delivered by the postal service indicating service on March 30, 2006. (The return receipt is attached and incorporated herein.)

WALDMAN & DIAMOND, CHARTERED

By: _____
Marvin Waldman
Bar Number: A29397
Attorney for Plaintiff
2815 University Blvd. West
Kensington, MD 20895
301-933-4500

SUBSCRIBED AND SWORN TO before me this 5TH day of April, 2006.

_____
Notary Public

My Commission Expires: 3/1/2010

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Honorable Alberto R. Gonzales
Atty General of The United States of America
950 Pennsylvania Avenue, NW
Wash. DC 20530-0001

2. Article Number (Transfer from service label)

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
MAR 30 2006

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes



Leon, Marlene (ML)

Received 4-3-06