UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARLENE LEON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-0530(PLF) |
| | ) | |
| GENERAL SERVICE ADMINISTRATION | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PRAECIPE**

Defendant requests that the Clerk of the Court please enter the appearance of Assistant United States Attorney Benton G. Peterson as counsel for defendant in the above-captioned case.

Respectfully submitted,

_____
BENTON G. PETERSON
Assistant United States Attorney
Judiciary Center Building
Civil Division
555 4th St., N.W.,
Washington, D.C.  20530
(202) 514-7238

Dated:  April 15, 2006