UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **Marlene Leon** ) | |
|     **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No:  01:06CV00530 |
| ) | |
| **United States of America** ) | |
|     **Defendant.** ) | |

**ANSWER**

The United States of America, Defendant herein, by and through its undersigned attorneys, hereby answers Plaintiff's Complaint as follows:

**FIRST DEFENSE**

Plaintiff's complaint should be dismissed because any and all damages sustained were due to Plaintiff's own fault, contributory negligence and/or assumption of the risk.

**SECOND DEFENSE**

To the extent that Plaintiff may be found to have sustained any injuries or damages, those alleged injuries or damages were proximately cause by the intervening, joint, and/or superceding acts and/or omissions of persons or entities other than an employee or agency of the United States and were not caused by any acts and/or omission of any employee or entity of the United States.

**THIRD DEFENSE**

The Defendant herein incorporates by reference, as if fully stated, all of the defenses previously stated and answers the numbered paragraphs of the Plaintiff's complaint as follows:

1. Defendant is without sufficient information to admit or deny the allegations in paragraph 1.

2. Admit.

3. Paragraph 3 sets forth the jurisdictional basis for the complaint. No response to jurisdictional statements is required, but to the extent that a response is deemed necessary, paragraph 3 is denied.

4. Defendant admits that the Ronald Reagan Building and International Trade Center (RRB/ITC) is owned by the United States General Services Administration, an agency of the United States of America. Defendant admits that the United States General Services Administration manages some aspects of the RRB/ITC to include decisions regarding signage and physical layout of the exterior stairs. Defendant avers that the United States General Services Administration has contracted with Trade Center Management Associates for managerial services of the public space and cleaning services for the exterior space. Defendant admits that the RRB/ITC is open to the public.

5. Defendant is without sufficient information to admit or deny the allegations in paragraph 5.

6. Defendant is without sufficient information to admit or deny whether any signs were posted at the date and time of Plaintiff's alleged fall. Defendant denies that there was any hazardous condition which required warning.

7. Defendant is without sufficient information to admit or deny the allegations in paragraph 7.

8. Paragraph 8 consists of conclusions of law to which no answer is required, but insofar as an answer may be deemed necessary, it is denied that defendant breached any duty

owed by defendant to plaintiff.

9. Paragraph 9 consists of conclusions of law to which no answer is required, but insofar as an answer may be deemed necessary, paragraph 9 is denied.

10. Paragraph 10 consists of conclusions of law to which no answer is required, but insofar as an answer may be deemed necessary, paragraph 10 is denied.

11. Paragraph 11 consists of conclusions of law to which no answer is required, but insofar as an answer may be deemed necessary, paragraph 11 is denied.

12. Admit.

13. Defendant admits that more than six months have lapsed since presentation of the claim. The remainder of paragraph 13 sets forth the jurisdictional basis for the complaint. No response to jurisdictional statements is required, but to the extent that a response is deemed necessary, it is denied.

The remainder of Plaintiff's complaint contains its prayer for relief, to which no answer is necessary, but to the extent that an answer may be deemed necessary, it is denied.

Defendant hereby specifically denies each allegation of the Plaintiff's complaint not hereinbefore otherwise answered.

WHEREFORE, having fully answered, Defendant prays that this action be dismissed and that the Court grant such other and further relief as may be appropriate.

Dated: May 25, 2006

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

                              _____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

                              _____
BENTON G. PETERSON, WI. Bar #1029849
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530
(202) 514-7238 514-8780 (Facsimile)
**Benton.Peterson@usdoj.gov**