## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MARLENE LEON                          :
                                      :
            Plaintiff                 :
                                      :
vs.                                   :Civil Action No. 06-0530 PLF
                                      :
THE UNITED STATES OF AMERICA   :
                                      :
            Defendant                 :

### JOINT REPORT OF PARTIES PURSUANT
### TO LOCAL RULE 16.3

The parties, by and through their respective counsel, hereby file the Joint Report pursuant to Local Rule 16.3 as follows:

1.    Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.3(a), counsel for the parties conferred on June 30, 2006.

2.    Resolution by Dispositive Motion.  Defendant takes the position that this case will be resolved by dispositive motion.  Plaintiff takes the position that this case cannot be resolved by dispositive motion.

3.    Joinder of Parties/Amendment of Pleadings.

Moving for joinder of additional parties and amendment of pleadings should be by September 29, 2006.

4.    Magistrate Judge.  Plaintiff's counsel consents to this matter being assigned to a Magistrate Judge for all purposes including trial.  Defendant does not consent.

5.    Settlement/ADR.  The parties believe that settlement

cannot be evaluated prior to discovery.  Settlement talks have not occurred.

The parties believe that ADR procedures may be beneficial after discovery is completed, but Plaintiff's counsel has not discussed ADR with his client.

6.    Dispositive Motions.  All potentially dispositive Motions should be filed by April 16, 2007.

7.    Resolution on Summary Judgment.  The parties have addressed this issue under paragraph 2, above.  Defendant proposes that dispositive motions be due on April 16, 2007, that oppositions would be due on May 16, 2007 and that any replies in support of the motion would be due on May 31, 2007. Plaintiff consents to Defendant's proposal.

8.    Initial Disclosures.

The parties will exchange the information required by Fed. R. Civ. Proc. 26(a)(1) by September 15, 2006.

9.    Discovery Plan.

Defendant proposes a maximum of 25 interrogatories and 10 depositions by each party.  Plaintiff proposes a maximum of 30 interrogatories by each party and concurs with 10 depositions by each party.

The parties jointly propose to the Court the following discovery plan:

2

All discovery commenced in time to be completed by February 12, 2007.

Disclosures of Experts pursuant to Fed. R. Civ. Proc. 26(a)(2) due:

from Plaintiff by November 15, 2006.

from Defendant by December 15, 2006.

Plaintiff's rebuttal 26(a)(2) disclosures of experts due January 8, 2007.

Supplementations under Rule 26(e)(2) due January 18, 2007.

Plaintiff proposes Requests for Admissions due by February 21, 2007.

10.  Class Action Issues.  Not relevant.

11.  Bifurcation of Liability and Damages.  The parties do not anticipate a need to bifurcate this matter.

12.  Date for Pretrial Conference.

The parties propose that a pretrial date be scheduled, if necessary, following resolution of dispositive motions.  Plaintiff's counsel proposes that all pretrial disclosures required by Fed. Rule Civ. Proc. 26(a)(3) should be made at the pretrial conference, and any objections to the disclosures should be made within fourteen (14) days thereafter.

13.  <u>Trial Date</u>.  The parties are amenable to having a firm trial date set at the pre-trial conference.

A Proposed Scheduling Order incorporating the above is attached.

Respectfully submitted


By:  __s_____
     Marvin Waldman, Bar Number: A29397
     Waldman & Diamond, Chartered
     Attorney for Plaintiff
     2815 University Blvd. West
     Kensington, MD 20895
     301-933-4500 942-3580 (Facsimile)
     mw@rumpolelaw.com



By:  __s_____
     KENNETH L. WAINSTEIN, D.C. BAR # 451058
     United States Attorney



By:  __s_____
     RUDOLPH CONTRERAS, D.C. BAR # 434122
     Assistant United States Attorney



By:  __s_____
     BENTON G. PETERSON, WI. Bar # 1029849
     Assistant United States Attorney
     Judiciary Center Building
     555 4TH Street, N.W. B Civil Division
     Washington, D.C.  20530
     (202) 514-7238 514-8780 (Facsimile)
     Benton.Peterson@usdoj.gov

4