## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

```
MARLENE LEON                     :
                                 :
        Plaintiff                :
                                 :
vs.                              : Civil Action No. 06-0530 PLF
                                 :
THE UNITED STATES OF AMERICA     :
                                 :
        Defendant                :
```

### SCHEDULING ORDER

This scheduling order is entered pursuant to Local Rule 16.4.

### I. Deadlines

| | |
|---|---|
| Initial Disclosures Pursuant Pursuant to Rule 26(a)(1) | September 15, 2006 |
| Moving for Joinder of Additional Parties and Amendment of Pleadings | September 29, 2006 |
| Plaintiff's Rule 26(a)(2) Disclosures <u>Regarding</u> Experts | November 15, 2006 |
| Defendant's Rule 26(a)(2) Disclosures Regarding Experts | December 15, 2006 |
| Plaintiff's Rebuttal Rule 26(a)(2) Disclosures Regarding Experts | January 8, 2007 |
| Supplementations Under Rule 26(a)(2) | January 18, 2007 |
| Discovery Deadline | February 12, 2007 |

| | |
|---|---|
| Requests for Admissions (proposed by Plaintiff) | February 21, 2007 |
| Dispositive Pretrial Motions Filed by | April 16, 2007 |
| Oppositions to dispositive Pretrial Motions filed by | May 16, 2007 |
| Replies to Oppositions to Dispositive Pretrial Motions Filed by | May 31, 2007 |
| Pretrial Conference/ Pretrial Disclosures Under Rule 26(a)(3) Due | The parties propose that the pretrial conference and Disclosure dates be Decided after Dispositive motions. |

## II. Discovery

Each party is limited to a maximum of thirty (30)/twenty five (25) interrogatories to be served on every other party. Each party is limited to 10 depositions.

No discovery materials shall be filed with the Court pursuant to Local Rule 5.2.

All discovery requests must be served according to the Federal Rules of Civil Procedure in time to assure that they are answered before the discovery deadline.  Unanswered discovery requests will not be sufficient cause to extend deadlines.

III. <u>Pretrial Conferences</u>

The trial date will be scheduled at the time of the pretrial conference. Counsel shall bring their calendars to the pretrial conference.

_____        _____
Date                          Judge Paul L. Friedman