IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARLENE LEON                    :
                                :
        Plaintiff               :
                                :
vs.                             : Civil Action No. 06-0530 PLF
                                :
THE UNITED STATES OF AMERICA    :
                                :
        Defendant               :

**PLAINTIFF'S INITIAL DISCLOSURES PURSUANT
TO RULE 26(a)(1)**

Plaintiff, MARLENE LEON, by and through her counsel, Waldman & Diamond, Chartered, hereby makes the following initial disclosures pursuant to F.R.Civ.P. Rule 26(a)(1) and Local Civile Rule 26.2(a).

A.  The following individuals may have discoverable information that Plaintiff may use to support her claim:

    1.  Marlene Leon
        8454 Tollhouse Road
        Annandale, VA 22003

    2.  Dawn Thornton, M.D.
        Emergency Room Physician
        INOVA Fairfax Hospital
        3300 Gallows Road
        Falls Church, VA 22046
        703-698-3111

        Subject matter:  Dr. Thornton has knowledge of the injuries Plaintiff sustained as a result of this occurrence, the diagnosis and treatment rendered and whether such injuries are permanent.

    3.  Samantha Tysz, M.D.
        Emergency Room Physician
        INOVA Fairfax Hospital
        3300 Gallows Road
        Falls Church, VA 22046
        703-698-3111

        Subject matter:  Dr. Tysz has knowledge of the injuries

Plaintiff sustained as a result of this occurrence, the diagnosis and treatment rendered and whether such injuries are permanent.

    4.    Donald Cerva, M.D.
           Fairfax Radiological Consultants, P.C.
           3300 Gallows Road
           Falls Church, VA 22042

        Subject matter: Dr. Cerva has knowledge of the injuries Plaintiff sustained as a result of this occurrence, the diagnosis and treatment rendered and whether such injuries are permanent.

    5.    C. Michael Reing, M.D.
           Pediatric Orthopaedic & Scoliosis Associates/
           Virginia Spine Center
           3301 Woodburn Road
           Suite 309
           Annandale, VA 22003
           703-573-2219

        Subject matter: Dr. Reing has knowledge of the injuries Plaintiff sustained as a result of this occurrence, the diagnosis and treatment rendered and whether such injuries are permanent.

    6.    Grace Leung, P.T. and
           Tyler Whitside, DPT
           NovaCare Rehabilitation
           3299 Woodburn Road
           Suite 180
           Annandale, VA 22003
           703-849-8142

        Subject matter: The above physical therapists have knowledge of the injuries Plaintiff sustained as a result of this occurrence, the diagnosis and treatment rendered and whether such injuries are permanent.

    7.    Manisha Parikh, PT
           Orthopedic Physical Therapy
           of Northern Virginia
           7023 Little River Turnpike
           Suite 400
           Annandale, VA 22003
           703-354-1230

        Subject matter: The above physical therapist has knowledge of the injuries Plaintiff sustained as a result of this occurrence, the diagnosis and treatment rendered and whether such injuries are permanent.

    8.    John D. Doppelheuer, M.D. P.C.
          3299 Woodburn Road
          Suite 326
          Annandale, VA 22003
          703-698-1197

    Subject matter:  Dr. Doppelheuer has knowledge of the loss of earnings sustained by Plaintiff as a result of this occurrence.

B.    Plaintiff will offer the following documents, data compilations and tangible things to support her claim.

    1.    Photographs of the scene of the occurrence

    2.    Emergency Records of Inova Fairfax Hospital for services on April 12-13, 2003.

    3.    Bill from Inova Fairfax Hospital for services rendered April 12-13, 2003.

    4.    Bill from Emergency Physicians of Northern Virginia for services rendered on April 12, 2003.

    5.    Bill from Fairfax Radiological Consultants, P.C. for services rendered on April 13, 2003.

    6.    Medical records of Pediatric Orthopedic and Scoliosis Associates/Virginia Spine Center (POSA), Dr. C. Michael Reing for services rendered from April 14 through September 25, 2003.

    7.    Bill from Pediatric Orthopedic and Scoliosis Associates/Virginia Spine Center (POSA), Dr. C. Michael Reing for services rendered from April 14 through July 31, 2003.

    8.    Bills from EBI dated 4/15/03 and 6/12/03.

    9.    Physical Therapy records and medical records from NovaCare Rehabilitation for services rendered on June 19 and July 7, 2003.

    10.   Bill from NovaCare Rehabilitation for services rendered on June 19 and July 7, 2003.

    11.    Physical Therapy records and medical records from Orthopaedic Physical Therapy of Northern Virginia, Ltd. for services rendered from March 12 through March 31, 2004.

    12.    Bill from Orthopaedic Physical Therapy of Northern Virginia, Ltd. for services rendered from March 12 through March 31, 2004.

    13.    Wage and Salary Verification dated January 19, 2004, of John D. Doppleheur, M.D.

    14.    Prescriptions.

Copies of the above were provided to Defendant with Plaintiff's Federal Tort Claim (Form 95).

C.    Computation of Damages:

| # | Description | Amount |
|---|---|---|
| 1. | Inova Fairfax Hospital for services rendered on April 12-13, 2003. | $1,078.50 |
| 2. | Emergency Physicians of Northern Virginia for services rendered on April 12, 2003. | 164.00 |
| 3. | Fairfax Radiological Consultants, Inc. for services rendered on April 13, 2003. | 177.00 |
| 4. | Pediatric Orthopedic and Scoliosis Associates/Virginia Spine Center (POSA), Dr. C. Michael Reing for services rendered from April 14 - July 31, 2003. | 2,768.43 |
| 5. | NovaCare Rehabilitation for services rendered June 19 and July 7, 2003. | 190.00 |
| 6. | Orthopaedic Physical Therapy of Northern Virginia, Ltd. for services rendered from March 12 through March 31, 2004. | 439.65 |
| 7. | Wage and Salary Verification dated January 19, 2004, of John D. Doppleheur, M.D. indicating loss of 62 hours at $15.00 per hour. | 930.00 |
| 8. | EBI for wrist splint and shoe. | 42.22 |
| 9. | Prescriptions. | 28.38 |

```
                                Total:            $5,818.18
```
Plus Pain and Suffering

Documents in support of the above damages were provided to Defendant with Plaintiff's Federal Tort Claim (Form 95).

D.   No insurance agreements as described in Rule 26(a)(1)(D) are in Plaintiff's possession or control.

Respectfully submitted,

WALDMAN & DIAMOND, CHARTERED


/s/
Marvin Waldman
Bar Number:  A29397
2815 University Boulevard, West
Kensington, Maryland  20895
(301) 933-4500
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was mailed, postage prepaid, this 15th day of September, 2006, to:

KENNETH L. WAINSTEIN, ESQUIRE
RUDOLPH CONTRERAS, ESQUIRE
BENTON G. PETERSON, ESQUIRE
JUDICIARY CENTER BUILDING
555 4TH STREET, N.W. B CIVIL DIVISION
WASHINGTON, D.C.  20530

/s/
Marvin Waldman