UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARLENE LEON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0530 (PLF) |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

ORDER

Plaintiff recently filed with the Court disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure. As the Federal and Local Rules make clear, however, discovery material is not to be filed with the Court unless so ordered. See FED. R. CIV. P. 26(a)(4); LCvR 5.2(a). Accordingly, it is hereby

ORDERED that plaintiff shall cease filing discovery with the Court.

SO ORDERED.

_____/s/_____
ELLEN S. HUVELLE
United States District Judge

(for PAUL L. FRIEDMAN)

DATE: September 18, 2006