```
         IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF COLUMBIA
```

MARLENE LEON                     :
                                 :
        Plaintiff                :
                                 :
vs.                              :Civil Action No. 06-0530 PLF
                                 :
THE UNITED STATES OF AMERICA     :
                                 :
        Defendant                :

## CONSENT MOTION TO MODIFY SCHEDULING ORDER

    Plaintiff, MARLENE LEON, by and through her attorneys, Waldman & Diamond, Chartered, hereby requests, pursuant to Local Civil Rule 16.4, that the Court modify the Scheduling Order to allow additional time for filing motions to amend the pleadings or join additional parties, and in support thereof states the following:

    1.   That this case involves a claim for personal injuries sustained by Plaintiff while on Defendant's premises.

    2.   That motions to amend the pleadings or join additional parties are due by September 29, 2006.

    3.   That on July 28, 2006, Plaintiff served Defendant, through its counsel, with Interrogatories and Requests for Production of Documents.  By agreement of counsel, Defendant has until October 2, 2006 to respond to Plaintiff's Interrogatories and Requests for Production of Documents.

    4.   That Plaintiff cannot determine if amendment to the

pleadings is necessary or if additional parties must be joined until Defendant responds to the discovery requests.

    5.   That extending the deadline for filing any motions to amend the pleadings and/or join additional parties to October 27, 2006, will allow sufficient time for such motions without requiring modification of the other Scheduling Order deadlines.

    6.   That Plaintiff's counsel contacted Defendant's counsel for his position on this Motion.  Defendant's counsel consents to this Motion.

    WHEREFORE, Plaintiff respectfully requests that the Scheduling Order be modified to extend the deadline for filing motions to amend the pleadings and/or join additional parties to October 27, 2006.

                        Respectfully Submitted,

                        WALDMAN & DIAMOND, CHARTERED

                        ____/s/_____
                        Marvin Waldman
                        Bar Number:  A29397
                        2815 University Boulevard, West
                        Kensington, Maryland  20895
                        (301) 933-4500
                        Attorneys for Plaintiff
                        mw@rumpolelaw.com

**<u>Certificate of Service</u>**

    I HEREBY CERTIFY that on this 29th day of September, 2006, this motion was electronically filed with the Clerk of the Court using the CM/ECF system.  The CM/ECF system will send email notification of the filing to:

KENNETH L. WAINSTEIN, ESQUIRE
RUDOLPH CONTRERAS, ESQUIRE
BENTON G. PETERSON, ESQUIRE
JUDICIARY CENTER BUILDING
555 4TH STREET, N.W. B CIVIL DIVISION
WASHINGTON, D.C.  20530

                                       __/s/_____
                                       Marvin Waldman