## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARLENE LEON | : |
| | : |
|     Plaintiff | : |
| | : |
| vs. | :Civil Action No. 06-0530 PLF |
| | : |
| THE UNITED STATES OF AMERICA | : |
| | : |
|     Defendant | : |

### **ORDER**

UPON CONSIDERATION of the Consent Motion To Modify Scheduling Order, it is this _____ day of _____, 2006

ORDERED, that the motion be and is hereby granted; and it is further

ORDERED, that the parties have up to and including October 27, 2006 to file any motions to amend the pleadings and/or join additional parties.

_____
PAUL L. FRIEDMAN
United States District Judge