UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARLENE LEON, | ) | |
|     Plaintiff, | ) | |
| v. | ) | Civil Action No. 06-0530 (PLF) |
| UNITED STATES OF AMERICA, | ) | |
|     Defendant. | ) | |

## ORDER

On February 9, 2007, the parties came before the Court for a status conference. At that conference the parties indicated that they had agreed to extend discovery for an additional 30 days, after which they would evaluate their respective positions on settlement and whether the Court should enter a dispositive motions briefing schedule. Accordingly, it is hereby

ORDERED that discovery in this matter is extended to March 12, 2007; and it is

FURTHER ORDERED that the parties shall submit a joint report on or before March 23, 2007 indicating whether they would like to be referred to a magistrate judge or to the Court's Alternative Dispute Resolution Program, or proposing a dispositive motions briefing schedule, if necessary, or proposed trial dates.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: February 9, 2007