## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MARLENE LEON                           :
                                       :
         Plaintiff                     :
                                       :
vs.                                    : Civil Action No. 06-0530 PLF
                                       :
THE UNITED STATES OF AMERICA           :
                                       :
         Defendant                     :

## JOINT REPORT

As directed by the Court during the course of the Status Conference on February 9, 2007, the parties report that they have begun informal settlement discussions. The meaningful settlement discussions are in their initial stages and are ongoing. The parties therefore respectfully request that the Court extend this informal mediation period for 21 days until April 13, 2007, at which time the parties will file another status report indicating the parties' intent to settle the matter, request for a Court appointed mediator or desire to continue on the course of litigation.

Respectfully submitted,


By:


/s/ Marvin Waldman
Marvin Waldman
Bar Number: A29397
Attorney for Plaintiff
Waldman & Diamond, Chartered

```
2815 University Blvd. West
Kensington, MD 20895
301-933-4500
```
mw@rumpolelaw.com

By:

_____
JEFFREY A. TAYLOR, BAR # 498610
United States Attorney

_____
RUDOLPH  CONTRERAS, Bar # 434122
Assistant United States Attorney

 /s/ Benton G. Peterson
BENTON G. PETERSON,  Bar #1029849
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. B Civil Division
Washington, D.C.  20530
(202) 514-7238 514-8780 (Facsimile)
 Benton.Peterson@usdoj.gov