**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
MARLENE LEON                         :
                                     :
         Plaintiff                   :
                                     :
vs.                                  : Civil Action No. 06-0530 PLF
                                     :
THE UNITED STATES OF AMERICA         :
                                     :
         Defendant                   :
```

## JOINT REPORT

As directed by the Court during the course of the Status Conference on February 9, 2007, the parties report on the conduct of informal settlement discussions after the close of discovery. On April 13, 2007, the parties informed the Court that meaningful settlement discussions were ongoing. Those discussions are continuing.[1] The parties therefore respectfully request that the Court extend this informal mediation period for 21 days until May 18, 2007, at which time the parties will file another status report indicating the parties' intent to settle the matter, request for a Court appointed mediator or desire to continue on the course of litigation.

---

[1] Due to unanticipated scheduling conflicts, the parties have not been able to engage in settlement talks as much as originally planned.

```
Respectfully submitted,


By:


_____/s/_____
Marvin Waldman
Bar Number: A29397
Attorney for Plaintiff
2815 University Blvd. West
Kensington, MD 20895
301-933-4500



By:
_____/s/_____
JEFFREY A. TAYLOR, BAR # 498610
United States Attorney

_____/s/_____
RUDOLPH  CONTRERAS, Bar # 434122
Assistant United States Attorney


_____/s/_____
BENTON G. PETERSON,  Bar #1029849
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. Civil Division
Washington, D.C.  20530
(202) 514-7238 514-8780 (Facsimile)
 Benton.Peterson@usdoj.gov
```