**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

MARLENE LEON                              :
                                          :
        Plaintiff                         :
                                          :
vs.                                       : Civil Action No. 06-0530 PLF
                                          :
THE UNITED STATES OF AMERICA              :
                                          :
        Defendant                         :

**STATUS REPORT[1]**

As directed by the Court during the course of the Status Conference on February 9, 2007, the defendant reports on the conduct of informal settlement discussions after the close of discovery. On April 27, 2007, the parties informed the Court that meaningful settlement discussions were ongoing. Defendant believes that those discussions have been fruitful. Based on discussions with the plaintiff's counsel, defendant believes that the parties have reached a tentative agreement that needs to be reduced to writing and reviewed. Therefore, the defendant respectfully requests that the Court extend this mediation period until June 7, 2007, at which time defendant anticipates that the parties may be able to file another status or a joint stipulation for dismissal.

---

[1] Although the Court requested a joint report, the undersigned was unable to reach plaintiff's counsel to effectuate a joint report. Accordingly defendant files a status report to inform the Court of the current state of the case.

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, BAR # 498610
United States Attorney

_____/s/_____
RUDOLPH  CONTRERAS, Bar # 434122
Assistant United States Attorney


_____/s/_____
BENTON G. PETERSON,  Bar #1029849
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. Civil Division
Washington, D.C.  20530
(202) 514-7238 514-8780 (Facsimile)
 Benton.Peterson@usdoj.gov